**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>                    Plaintiff,<br><br>       v.<br><br>PAN AMERICAN AIRWAYS CORP.,<br><br>                    Defendant. | )<br>)<br>)<br>)    Docket No. C-05-18-M<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon the application of the parties, the joint motion to dismiss the remaining claims in this matter is granted.  In accordance with the terms agreed upon by the parties, Pan Am shall issue payments to Mark Steele and Dexter Franklin, as follows:

| | Mark Steele | Dexter Franklin |
|---|---|---|
| August 15, 2005 | $29,127.25 | $16,675.56 |
| September 15, 2005 | $29,127.25 | $16,675.56 |
| October 15, 2005 | $29,127.25 | $16,675.56 |
| November 15, 2005 | $29,127.25 | $16,675.56 |
| December 15, 2005 | $29,127.25 | $16,675.56 |
| January 15, 2006 | $29,127.25 | $16,675.56 |

This Court shall retain jurisdiction to enforce the agreement reached by the parties, if necessary.

The parties shall notify the Court upon the completion of the payments set forth above.

This 25th day of July, 2005.

So Ordered.

_____
Steven J. McAuliffe
Chief Judge